# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 13-61470-CIV-ROSENBAUM

TIFFANY (NJ), LLC,

      Plaintiff,

vs.

GU JIANFANG d/b/a AAA909.COM, *et al.*,

      Defendants.

_____/

## ORDER GRANTING APPLICATION FOR ENTRY
## OF PRELIMINARY INJUNCTION

This matter is before the Court on Plaintiff's[1] *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction (the "Application for Preliminary Injunction") [D.E. 5], and upon the Preliminary Injunction Hearing held on July 22, 2013.  The Court has carefully reviewed the Motion and the entire court file and is otherwise fully advised in the premises. By the instant Application, Plaintiff Tiffany (NJ), LLC, moves for entry of a preliminary injunction against Defendants[2] for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a) and (d).

The Court convened a hearing on July 22, 2013, which only counsel for Plaintiff attended.  During the hearing, Plaintiff directed the Court to evidence supporting the Application for Preliminary Injunction.  *See* D.E. 14.  Defendants have not appropriately responded to the Application for Preliminary Injunction, nor have they made any filing in this case, nor have Defendants appeared in this matter either individually or through counsel.[3]  Because Plaintiff has

---

[1] Plaintiff is Tiffany (NJ), LLC.

[2] Defendants are the Partnerships and Unincorporated Associations identified on Schedule "A" hereto.

[3] Defendant 24 (isjewelry365.com) responded to Plaintiff via email upon notification by Paypal of the account restraint imposed by the Temporary Restraining Order ("TRO") [D.E. 10].  *See*

satisfied the requirements for the issuance of a preliminary injunction, the Court grants Plaintiff's Application for Preliminary Injunction [D.E. 5].

## I.   FACTUAL BACKGROUND[4]

1.     Plaintiff manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, luxury goods under multiple federally registered trademarks. *See* D.E. 5-1 at ¶ 4.

2.     Plaintiff is the owner and/or exclusive licensee of the following trademarks on the Principal Register of the United States Patent and Trademark Office (collectively, the "Tiffany Marks"):

| Trademark | Registration Number | Registration Date | Class of Goods | Relevant Goods |
|---|---|---|---|---|
| TIFFANY & CO. | 0,023,573 | September 5, 1893 | IC 014 | jewelry and watches. |
| TIFFANY | 0,133,063 | July 6, 1920 | IC 014 | jewelry for personal wear, not including watches. |
| TIFFANY & CO. | 1,228,189 | February 22, 1983 | IC 014 | jewelry. |
| TIFFANY | 1,228,409 | February 22, 1983 | IC 014 | jewelry. |
| TIFFANY & CO. | 1,283,306 | June 26, 1984 | IC 014 | Clothing Accessories-Namely, Money Clips, Cufflinks, Key Holders, Collar Clips, Collar Stays, Tie Bars; Tie Tacks; Tie Slides; Belt Buckles, and Studs. |
| ATLAS | 1,605,467 | July 10, 1990 | IC 014 | Watches. |
| T & CO. | 1,669,365 | December 24, 1991 | IC 014 | all types of jewelry made of, or in part of, precious metals and/or with precious or semi-precious stones. |

D.E. 13.  Plaintiff's counsel replied to the response and, among other things, informed Defendant 24 of the upcoming hearing on July 22, 2013, and the deadline for submitting a formal response or objection as detailed in the TRO.  To date, however, Defendant 24 has not filed an appropriate response with the Court.

[4] The factual background is taken from Plaintiff's Complaint, Application for Preliminary Injunction, and supporting evidentiary submissions.

| | | | | |
|---|---|---|---|---|
| | 1,785,204 | August 3, 1993 | IC 014 | jewelry; namely, earrings. |
| PERETTI | 1,787,861 | August 17, 1993 | IC 014 | jewelry; namely, earrings, necklaces, pendants, bracelets and rings made of precious metals. |
| ELSA PERETTI | 1,799,272 | October 19, 1993 | IC 014 | jewelry; namely, earrings, necklaces, pendants, bracelets and rings made of variety of materials including precious metals, |
| | 1,804,353 | November 16, 1993 | IC 014 | jewelry; namely, earrings, necklaces, bracelets, pendants, and rings. |
| TIFFANY & CO. | 1,968,614 | April 16, 1996 | IC 014 | all types of timepieces, including especially watches. |
| | 2,184,128 | August 25, 1998 | IC 014 | jewelry and watches. |
| | | | IC 021 | boxes. |
| | 2,359,351 | June 20, 2000 | IC 014 | jewelry; watches. |
| | | | IC 021 | decorative boxes. |
| TIFFANY | 2,639,539 | October 22, 2002 | IC 014 | watches. |
| ATLAS | 2,886,655 | September 21, 2004 | IC 014 | jewelry; rings; bracelets; earrings; necklaces; pendants. |

The Tiffany Marks are used in connection with the manufacture and distribution of goods in the categories identified above. *See* D.E. 5-1 at ¶ 5; D.E. 5-2 (containing Certificates of Registrations for the Tiffany Marks).

3.     Defendants, through the fully interactive, commercial Internet websites or commercial Internet auction stores operating under their partnership and unincorporated association names identified on Schedule "A" hereto (collectively the "Subject Domain Names and Auction Stores"), or both, have advertised, promoted, offered for sale, or sold, at least, jewelry, such as bracelets, necklaces, pendants, earrings and rings, watches, cufflinks and key

rings, and gift boxes, bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Tiffany Marks. *See* D.E. 5-1 at ¶¶ 9-14.

4.     Although each Defendant may not copy and infringe each Tiffany Mark for each category of goods protected, Plaintiff has submitted sufficient evidence showing that each Defendant has infringed at least one or more of the Tiffany Marks. *See* D.E. 5-1 at ¶¶ 11-14. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, and/or colorable imitations of the Tiffany Marks. *See* D.E. 5-1 at ¶¶ 9, 14.

5.     Plaintiff retained AED Investigations, Inc., a licensed private investigative firm, to investigate the sale of counterfeit versions of Plaintiff's products by Defendants.  *See* D.E. 5-1 at ¶ 10; D.E. 5-14 at ¶ 3; D.E. 5-4 at ¶ 4.

6.     Eric Rosaler ("Rosaler"), an officer of AED Investigations, Inc., placed an order for the purchase of (i) a bracelet bearing at least one of the Tiffany Marks at issue in this action through the Internet website operating under the Subject Domain Name **tiffanyjewelryoutletsale.org**; (ii) a bracelet bearing at least one of the Tiffany Marks at issue in this action through the Internet website operating under the Subject Domain Name **tiffanycoshop.net**; and (iii) a pendant bearing at least one of the Tiffany Marks at issue in this action through the Internet website operating under the Subject Domain Name **tiffanyoutlet4sale.com**. *See* D.E. 5-14 at ¶¶ 4-6. Rosaler finalized payment for the Tiffany-branded bracelet purchased through **tiffanyjewelryoutletsale.org** via PayPal to the PayPal account, paypal2614@yahoo.com, the Tiffany-branded bracelet purchased through **tiffanycoshop.net** via PayPal to the PayPal account, beadscenter@live.com, and the Tiffany-

branded pendant purchased through **tiffanyoutlet4sale.com** via PayPal to the PayPal account, sunny20101230@yahoo.com. *See* D.E. 5-14 at ¶¶ 4-6; D.E. 5-15 through D.E. 5-17.

7.     Additionally, Rosaler accessed the commercial Internet websites operating under the Subject Domain Names identified on the table below, and went through the purchasing process[5] for various products, most of which bore counterfeits of at least one of the Tiffany Marks at issue in this action.[6]  *See* D.E. 5-14 at ¶ 7.  Following submission of his orders, Rosaler received information for finalizing payment for each of the items ordered via PayPal and/or bank transfer to Defendants' respective PayPal and/or bank accounts, as follows:

| Domain Name | Payment Method | Account[7] |
|---|---|---|
| aaa909.com | PayPal | fine9091314@gmail.com<br>navybule2009@gmail.com<br>1029best@gmail.com |
| fine909.com | PayPal | fine9091314@sina.com |
| sale925.com | PayPal | judy-white@hotmail.com |
| 365tradesmart.com | Bank Transfer | China Merchants Bank<br>Account Name: Yong Jiang<br>Account Number: ************8821<br>Swift Code: CMBCCNBS131 |
| 925crystalring.com | Bank Transfer | Bank of China<br>Account Name: Yabin Zhuang<br>Account Number: ***************7685<br>Swift Code: BKCHCNBJ73B |

---

[5] Rosaler intentionally did not finalize his purchases from the Internet websites so as to avoid contributing funds to Defendants' coffers. *See* D.E. 5-4 at ¶ 4.

[6] Although all of the websites operating under the Subject Domain Names offer for sale Tiffany branded items (*see* D.E. 5-4 at ¶ 2), Rosaler intentionally did not order Tiffany branded merchandise from some of the websites operating under the Subject Domain Names as part of his investigative process. Making purchases of mixed brands is a technique commonly used by investigators to avoid inadvertently tipping off the target that a brand owner is conducting an investigation. *See* D.E. 5-14 at ¶ 7, n.1; D.E. 5-4 at ¶ 4.

[7] The full account numbers of all financial-institution accounts identified herein have been redacted to avoid disclosure of private financial information, in compliance with Rule 5.2(a)(4), Fed. R. Civ. P.

| | | |
|---|---|---|
| aidejewelry.com | Bank Transfer | Agricultural Bank of China<br>Account Name: Yuan Chen<br>Account Number: \*\*\*\*\*\*\*\*\*\*\*\*\*3613<br>Swift Code: ABOCCNBJ110 |
| axues.org | Bank Transfer | Bank of China<br>Account Name: LinShunfang<br>Account Number: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*5407<br>Swift Code: BKCHCNBJ45A |
| cheapbulks.com | Bank Transfer | Bank of China<br>Account Name: XinHua Tang<br>Account Number: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*1534<br>Swift Code: BKCHCNBJ73C |
| cheap-jordans-china.net | PayPal | mumuwell123@163.com |
| cheaptiffanyclub.co.uk | PayPal | david01yang@hotmail.com |
| hottiffany4u.com | PayPal | LeaderWutan@hotmail.com |
| cheaptiffanyrings.org<br>cheaptiffanyjewelry.org | Bank Transfer | Agricultural Bank of China<br>Account Name: Jian Bin Wang<br>Account Number: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*7118<br>Swift Code: AEOCCNBJ130 |
| copytiffanyco.com<br>goodstiffanyoutlet.com<br>onsalestiffany.com<br>selltiffanyoutlet.com<br>tiffanycheapstore.com<br>tiffanyoutletpro.com | Bank Transfer | Bank of China<br>Account Name: yuyongjun<br>Account Number: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*0675<br>Swift Code: BKCH CN BJ300 |
| etsjewelry.com | PayPal | newpayway@gmail.com |
| tiffanysreplica.com | PayPal | welltopay@gmail.com |
| fashionsmell.com | Bank Transfer | Bank of China<br>Account Name: Xuefeng Wang<br>Account Number: \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*3 599<br>Swift Code : BKCHCNBJ73C |
| giftjewelries.net | Bank Transfer | China Merchants Bank<br>Account Name: Liu TianLiang<br>Account Number: \*\*\*\* \*\*\*\* \*\*\*\* 2558<br>SWIFT Code: CMBCCNBS |
| groupbuyinguk.com | Bank Transfer | Bank of China<br>Account Name: Dan Wang<br>Account Number: \*\*\*\*\*\*\*-\*\*\*\*-\*\*\*262-7<br>Swift Code: BKCHCNBJ400 |
| hotbrands4u.net | PayPal | zorrojane08@sina.com |
| | Bank Transfer | Agricultural Bank of China<br>Account Name: Cai Jin Chuan<br>Account Number: \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*1 |

| | | 215<br>Swift Code: ABOCCNBJ400<br><br>China Merchants Bank<br>Account Name: Cai Jin Chuan<br>Account Number: **** **** **** 9189<br>Swift Code: CMBCCNBS471 |
|---|---|---|
| ilove925silver.com | PayPal | salesjewelmarks@outlook.com |
| | Bank Transfer | Industrial & Commercial Bank of China<br>Account Name: Zhang Chunrong<br>Account Number: **************5860<br>Swift Code: ICBKCNBJGDG |
| infashion2012.net | PayPal | hzz392@qq.com |
| isjewelry365.com | Bank Transfer | China Construction Bank<br>Account Name : Lu Jiang Bo'L Share Ltd<br>Account Number : **************1934<br>Swift Code: PCBCCNBJZJX |
| jewellerysalewholesale.com | Bank Transfer | Bank of China<br>Account Name: Rongjiao Zhang<br>Account Number: **** **** **** ***0 657<br>Swift Code: BKCHCNBJ73C |
| tiffanyclassicsale.com | Bank Transfer | Bank of China<br>Account Name: Jinchun Huang<br>Account Number: **** **** **** ***9 962<br>Swift Code: BKCHCNBJ73C |
| jewelrytiffanycouk.com<br>tiffanyandcosales.co.uk | PayPal | zhousw10@hotmail.com |
| karenmileoutletstore.com<br>tiffanyonlineoutlet.us | Bank Transfer | Bank of China<br>Account Name: Zhi Sheng Cai<br>Account Number: **************1824<br>Swift Code: BKCHCNBJ73C |
| knockoff-tiffany.info | Bank Transfer | Bank of China<br>Account Name: Lin Dexiong<br>Account Number: **** **** **** ***0 668<br>Swift Code: BKCHCNBJ73C |
| landtmall.com | PayPal | supplieshotel@163.com |
| | Bank Transfer | Industrial and Commercial Bank Of China<br>Account Name: Liu Cuiping<br>Account Number: ****** ***** ****5 255 |

|  |  | Bank Swift Code: ICBKCNBJGDG |
| --- | --- | --- |
| lovejewelryshop.com | Bank Transfer | Bank of China<br>Account Name: Yang Dong Sheng<br>Account Number: ****-****-****-***3-598<br>Swift Code: BKCHCNBJ400 |
| lux-closet.com | Bank Transfer | Bank of China<br>Account Name: Bin lin<br>Account Number: ********4941<br>Swift Code:BKCHCNBJ940 |
| morebulk.com | Bank Transfer | Bank of China<br>Account Name: Zhengshang Zhao<br>Account Number: ***** ***** *****  0986<br>Swift Code: BKCHCNBJ73C |
| newangelshop.net | PayPal | fashionitemsfromsunny@gmail.com |
| tiffanybizuteriasklep.com<br>tiffanyjewelrysupply.com | Bank Transfer | Bank of China<br>Account Name: Yanzhen Shen<br>Account Number: **** **** **** ***9 526<br>Swift Code: BKCHCNBJ73C |
| perfectlife2012.com | PayPal | bestlife521@gmail.com |
| ppfactoryoutlet.com | PayPal | ppfyolt@gmail.com |
| readyforjerseys.com | Bank Transfer | Bank of China<br>Account Name: Li Lin<br>Account Number: **************3047<br>Swift Code: BKCH CNBJ73C |
| replica-relojes-shop.com | Bank Transfer | Industrial & Commercial Bank of China<br>Account Name: Zhang JunKun<br>Account Number: **** **** **** ***2 126<br>Swift Code: ICBKCNBJGDG |
| tiffanysreplica.com | Bank Transfer | China Merchants Bank<br>Account Name: Yan Ya Ping<br>Account Number: **** **** **** 8567<br>Swift Code: CMBCCNBS471 |
| tiffanyandcooutletsales.com | Bank Transfer | Bank of China<br>Account Name: Shen Meiyun<br>Account Number: **** **** **** ***1 743<br>Swift Code: BKCH CN BJ 720 |
| tiffanybox.net | PayPal | tcopayment@gmail.com |

| | | |
|---|---|---|
| tiffanyc.com | Bank Transfer | Bank of China<br>Account Name: Dan Wang<br>Account Number: ***************8113<br>Swift Code: BKCHCNBJ400 |
| tiffanycheaponline.net | Bank Transfer | Bank of China<br>Account Name: Suhe Zhuang<br>Account Number: **** **** **** ***5 861 or ****** **** **** ***5 861<br>Swift Code: BKCHCNBJ73C |
| tiffanycojewelrysaleonline.info | Bank Transfer | Bank of China<br>Account Name: Yimin Xu<br>Account Number: **** **** **** ***3 051<br>Swift Code: BKCHCNBJ92H |
| tiffanycoshop.net | Bank Transfer | Bank of China<br>Account Name: JianXiong Lin<br>Account Number: ********9538<br>Swift Code: BKCH CN BJ 720 |
| tiffanyco-store.com | PayPal | kickshoesbin@gmail.com |
| tiffanyjewelryoutlets2013.com | PayPal | tfbuyerservicepay@hotmail.com |
| tiffanyukcosale.co.uk<br>tiffanyjewelryoutletsale.org | PayPal | paypalpayment96843@yahoo.com |
| tiffanyjewelry-outletstore.com | Bank Transfer | China Merchants Bank<br>Account Name: Jiang Yongfei<br>Account Number: **** **** **** 7212<br>Swift Code: CMBCCNBS261 |
| tiffanyor.com | Bank Transfer | Bank of China<br>Account Name: Liu Li<br>Account Number: **** **** **** ***0 645<br>Swift Code: BKCHCNBJ300 |
| tiffanyoutletsjewelry.org | PayPal | luqiuying@outlook.com |
| tiffanyoutletvip2013.com | Bank Transfer | Bank of China<br>Account Name: Geng Zeng<br>Account Number: 6013 8264 0700 3853 310<br>Swift Code: BKCHCNBJ73C |
| tiffanyoutletwholesale.com | PayPal | huihuangservice@gmail.com |
| tiffanys2013.com | Bank Transfer | China Construction Bank<br>Account Name: Ya Nan Ju<br>Account Number: **** **** **** ***0 075<br>Swift Code: PCBCCNBJFJX |
| tiffanysandoutlets.org | PayPal | justdoitss@hotmail.com |

| | | Bank of China |
|---|---|---|
| tiffanysolde.com<br>wholesaletiffany.net | Bank Transfer | Account Name: Nengjin Jiang<br>Account Number: **** **** **** ***7 350<br>Swift Code: BKCHCNBJ73C |
| tiffanyuksaleoutlet.org.uk | PayPal | paypaypaymentok92673@gmail.com |
| toptrade925.com | Bank Transfer | Bank of China<br>Account Name: zouhaitang<br>Account Number: **************9596<br>Swift Code: BKCHCNBJ45A |
| uktiffanyjewellery.com | PayPal | linxueqiong16@gmail.com |
| zsjrz.com | Bank Transfer | Bank of China<br>Account Name: Liu Xiaoming<br>Account Number: **************3188<br>Swift Code: BKCHCNBJ45A |
| jewelry2013.org | PayPal | yaoxibussiness@hotmail.com |

*See* D.E. 5-14 at ¶ 7; D.E. 5-18 through 5-23.

8.          Furthermore, Rosaler accessed the commercial Internet auction stores operating under the seller ID names identified in the table below. Upon accessing each auction store, Rosaler was able to browse each online store for products bearing Tiffany trademarks,[8] add products to the online shopping carts, proceed to a point of checkout on each auction store, and otherwise actively exchange data with each auction store. Rosaler then went through the purchasing process[9] via each auction store for various products, most of which bore counterfeits of, at least, one of the Tiffany Marks at issue in this action. *See* D.E. 5-14 at ¶ 8. Each of Rosaler's purchases was processed entirely online and following the submission of his orders, he

---

[8] Although all of the Internet auction stores offer for sale Tiffany branded items (*see* D.E. 5-4 at ¶ 2), Rosaler intentionally ordered non-Tiffany-branded merchandise from some of the auction stores as part of his investigative process. Making purchases of mixed brands is a technique commonly used by investigators to avoid inadvertently tipping off the target that a brand owner is conducting an investigation.  *See* D.E. 5-14 at ¶ 8, n.4; D.E. 5-4 at ¶ 4.

[9] Rosaler intentionally did not finalize his purchases from the Internet auction stores so as to avoid contributing funds to Defendants' coffers.  *See* D.E. 5-4 at ¶ 4.

received information for finalizing payment for each of the various products ordered via PayPal to Defendants' respective PayPal accounts, as follows:

| Seller ID Names | PayPal Account |
|---|---|
| Fengkuangjiedan | doudouzhangdala@163.com |
| roadseeker001 | |
| wonderdb | jxmt1815@163.com |
| foudouing | laiqian88@yeah.net |
| fortune588 | woaini7687@126.com |
| hainandaxue168 | |
| miping01 | |
| shewei01 | |
| yongyuanbusi888 | yixingqi47@163.com |
| 51168168 | zongmenling@126.com |

*See* D.E. 5-14 at ¶ 8; D.E. 5-24.

9.     Thereafter, the detailed web-page listings and images of the Tiffany branded bracelets and pendant, purchased by Rosaler via the Internet websites operating under the Subject Domain Names tiffanyjewelryoutletsale.org, tiffanycoshop.net, and tiffanyoutlet4sale.com, respectively, were reviewed by Tiffany's representative, Steven Costello, who determined the products to be non-genuine, unauthorized Tiffany products. *See* D.E. 5-1 at ¶¶ 11, 14.   Mr. Costello also reviewed and visually inspected Defendants' Websites and Auction Stores, as well as pictures of items bearing the Tiffany Marks offered for sale by Defendants via their Internet websites and auction stores operating under the Subject Domain Names and Auction Stores, and likewise determined the products to be unauthorized, non-genuine versions of Plaintiff's products. *See* D.E. 5-1 at ¶¶ 12, 14.

10.     On July 8, 2013, Plaintiff filed its Complaint [D.E. 1] against Defendants for trademark counterfeiting and infringement, and false designation of origin. Also, on July 10, 2013, Plaintiff filed its *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction [D.E. 5]. On July 11, 2013, the Court issued an Order Granting Plaintiff's

*Ex Parte* Application for a Temporary Restraining Order [D.E. 10] and temporarily restrained Defendants from infringing the Plaintiff's Marks at issue. Pursuant to the Court's July 11, 2013, Order, Plaintiff provided Defendants with notice and copies of the Court's July 11, 2013, Order and Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction, via email to the email address(es) reflected in the domain registration data for the Subject Domain Names, via email to the email address(es) provided on the Internet websites operating under the Subject Domain Names, electronically via the contact submission web page provided on the websites for the Subject Domain Names, and/or also sent a copy of the Court's July 11, 2013, Order via email to the registrar of record for each of the Subject Domain Names. Thereafter, a Certificate of Service was filed confirming service on each Defendant.  D.E. 12.

## II.   LEGAL STANDARD

In order to obtain a preliminary injunction, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non- movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995).

## III.   ANALYSIS

The uncontested declarations Plaintiff submitted in support of its Application for Preliminary Injunction support the following conclusions of law:

A.      Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of jewelry, such as bracelets, necklaces, pendants, earrings and rings, watches, cufflinks and key

rings, and gift boxes bearing counterfeits, reproductions, or colorable imitations of the Tiffany Marks, and the products Defendants are selling and promoting are copies of Plaintiff's products that bear copies of the Tiffany Marks on jewelry, such as bracelets, necklaces, pendants, earrings and rings, watches, cufflinks and key rings, and gift boxes.

B.      Because of the infringement of the Tiffany Marks, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Complaint, Application for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because it is more likely true than not that

1.      Defendants own or control Internet websites, domain names, or auction store businesses that advertise, promote, offer for sale, or sell, at least jewelry, such as bracelets, necklaces, pendants, earrings and rings, watches, cufflinks and key rings, and gift boxes bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.      There is good cause to believe that more counterfeit and infringing products bearing Plaintiff's trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

C.      The balance of potential harm to Defendants in restraining and enjoining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer and distributor of quality products, if such relief is not issued; and

D.      The public interest favors issuance of the preliminary injunction in order to protect Plaintiff's trademark interests and the public from being defrauded by the palming off of counterfeit products as genuine products of Plaintiff.

E.      Under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of jewelry, such as bracelets, necklaces, pendants, earrings and rings, watches, cufflinks and key rings, and gift boxes bearing counterfeits and infringements of the Tiffany Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")

F.      Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

G.      In light of the inherently deceptive nature of the counterfeiting business, and Defendants' blatant violation of the federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV. <u>CONCLUSION</u>

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that Plaintiff's Application for Preliminary Injunction [D.E. 5] is hereby **GRANTED** as follows:

(1)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined

a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Tiffany Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Tiffany Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Tiffany Marks, or any confusingly similar trademarks.

(2)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Tiffany Marks or any confusingly similar trademarks, on or in connection with all Internet websites, domain name, and/or auction store businesses owned and operated, or controlled by them including the Internet websites and auction stores operating under the Subject Domain Names and Auction Stores;

(3)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Tiffany Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the domain names used and controlled by Defendants 1-58 (collectively the "Subject Domain Names");

(4)     Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain-name Registrars for the Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain-name certificates for the Subject Domain Names;

(6)     Upon Plaintiff's request, the privacy-protection service for any Subject Domain Names for which the Registrant uses such privacy-protection service to conceal the Registrant's identity and contact information are ordered, to the extent not already done, to disclose to Plaintiff the true identities and contact information of those Registrants;

(7)     Plaintiff may enter, and continue to enter, the Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants which redirect traffic to the counterfeit operations to a new domain name or website and thereby evade the provisions of this Order;

(8)     Each Defendant shall preserve, and continue to preserve, copies of all their computer files relating to the use of any of the Subject Domain Names and Auction Stores and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names and Auction Stores that may have been deleted before the entry of this Order;

(9)     Upon receipt of notice of this Order, PayPal, Inc. ("PayPal"),[10] and its related companies and affiliates shall, to the extent not already done, immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into the PayPal accounts related to Defendants and associated e-mail addresses identified on Schedule "B" hereto and the following specific PayPal account recipients:

| PayPal Account |
| --- |
| paypal2614@yahoo.com |
| beadscenter@live.com |
| sunny20101230@yahoo.com |
| fine9091314@gmail.com |
| navybule2009@gmail.com |
| 1029best@gmail.com |
| fine9091314@sina.com |
| judy-white@hotmail.com |
| mumuwell123@163.com |
| david01yang@hotmail.com |
| LeaderWutan@hotmail.com |
| newpayway@gmail.com |
| welltopay@gmail.com |
| zorrojane08@sina.com |
| salesjewelmarks@outlook.com |
| hzz392@qq.com |
| zhousw10@hotmail.com |
| supplieshotel@163.com |
| fashionitemsfromsunny@gmail.com |
| bestlife521@gmail.com |
| ppfyolt@gmail.com |
| tcopayment@gmail.com |
| kickshoesbin@gmail.com |
| tfbuyerservicepay@hotmail.com |

_____

[10] PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court.  *See* D.E. 5-4 at ¶ 9.

| |
|---|
| paypalpayment96843@yahoo.com |
| luqiuying@outlook.com |
| huihuangservice@gmail.com |
| justdoitss@hotmail.com |
| paypaypaymentok92673@gmail.com |
| linxueqiong16@gmail.com |
| yaoxibussiness@hotmail.com |
| doudouzhangdala@163.com |
| jxmt1815@163.com |
| laiqian88@yeah.net |
| woaini7687@126.com |
| yixingqi47@163.com |
| zongmenling@126.com |

as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s), and/or any of the other PayPal accounts subject to this Order; and (iii) any other PayPal accounts tied to or used by any of the Subject Domain Names and Auction Stores identified on Schedule "A" hereto;

(10)   Upon receipt of notice of this Order, PayPal and its related companies and affiliates shall, to the extent not already done, immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into PayPal accounts linked to, associated with, or that transmit funds into Defendants' identified bank accounts,[11] including but not limited to the:

| Bank Name | Account Name | Bank Account Number |
|---|---|---|
| China Merchants Bank | Yong Jiang | ************8821 |
| Bank of China | Yabin Zhuang | **************7685 |
| Agricultural Bank of China | Yuan Chen | *************3613 |
| Bank of China | LinShunfang | **************5407 |

---

[11] The full account numbers identified herein have been redacted to avoid disclosure of private financial information, in compliance with Fed. R. Civ. P. 5.2(a)(4); however, the full account numbers are identified on Plaintiff's Notice of Filing Reference List, filed under seal, which shall be disclosed to PayPal to effectuate the relief ordered herein.

| Bank of China | XinHua Tang | ***************1534 |
| Agricultural Bank of China | Jian Bin Wang | ***************7118 |
| Bank of China | yuyongjun | ***************0675 |
| Bank of China | Xuefeng Wang | **** **** **** ***3 599 |
| China Merchants Bank | Liu TianLiang | **** **** **** 2558 |
| Bank of China | Dan Wang | *******-****-***262-7 |
| Agricultural Bank of China | Cai Jin Chuan | **** **** **** ***1 215 |
| China Merchants Bank | Cai Jin Chuan | **** **** **** 9189 |
| Industrial & Commercial Bank of China | Zhang Chunrong | ***************5860 |
| China Construction Bank | Lu Jiang Bo'L Share Ltd | ***************1934 |
| Bank of China | Rongjiao Zhang | **** **** **** ***0 657 |
| Bank of China | Jinchun Huang | **** **** **** ***9 962 |
| Bank of China | Zhi Sheng Cai | ***************1824 |
| Bank of China | Lin Dexiong | **** **** **** ***0 668 |
| Industrial and Commercial Bank Of China | Liu Cuiping | ****** ***** ****5 255 |
| Bank of China | Yang Dong Sheng | ****-****-****-***3-598 |
| Bank of China | Bin lin | ********4941 |
| Bank of China | Zhengshang Zhao | ***** ***** ***** 0986 |
| Bank of China | Yanzhen Shen | **** **** **** ***9 526 |
| Bank of China | Li Lin | ***************3047 |
| Industrial & Commercial Bank of China | Zhang JunKun | **** **** **** ***2 126 |
| China Merchants Bank | Yan Ya Ping | **** **** **** 8567 |
| Bank of China | Shen Meiyun | **** **** **** ***1 743 |
| Bank of China | Dan Wang | ***************8113 |
| Bank of China | Suhe Zhuang | **** **** **** ***5 861; ****** **** **** ****5 861 |
| Bank of China | Yimin Xu | **** **** **** ***3 051 |
| Bank of China | JianXiong Lin | ********9538 |
| China Merchants Bank | Jiang Yongfei | **** **** **** 7212 |
| Bank of China | Liu Li | **** **** **** ***0 645 |
| Bank of China | Geng Zeng | **** **** **** ***3 310 |
| China Construction Bank | Ya Nan Ju | **** **** **** ***0 075 |
| Bank of China | Nengjin Jiang | **** **** **** ***7 350 |
| Bank of China | zouhaitang | ***************9596 |
| Bank of China | Liu Xiaoming | ***************3188 |

and any other related accounts of the same customers;

(11)     PayPal shall also, to the extent not already done, immediately divert to a holding account for the trust of the Court all funds in all PayPal accounts related to the PayPal account recipients:

| PayPal Account |
| --- |
| paypal2614@yahoo.com |
| beadscenter@live.com |
| sunny20101230@yahoo.com |
| fine9091314@gmail.com |
| navybule2009@gmail.com |
| 1029best@gmail.com |
| fine9091314@sina.com |
| judy-white@hotmail.com |
| mumuwell123@163.com |
| david01yang@hotmail.com |
| LeaderWutan@hotmail.com |
| newpayway@gmail.com |
| welltopay@gmail.com |
| zorrojane08@sina.com |
| salesjewelmarks@outlook.com |
| hzz392@qq.com |
| zhousw10@hotmail.com |
| supplieshotel@163.com |
| fashionitemsfromsunny@gmail.com |
| bestlife521@gmail.com |
| ppfyolt@gmail.com |
| tcopayment@gmail.com |
| kickshoesbin@gmail.com |
| tfbuyerservicepay@hotmail.com |
| paypalpayment96843@yahoo.com |
| luqiuying@outlook.com |
| huihuangservice@gmail.com |
| justdoitss@hotmail.com |
| paypaypaymentok92673@gmail.com |
| linxueqiong16@gmail.com |
| yaoxibussiness@hotmail.com |
| doudouzhangdala@163.com |
| jxmt1815@163.com |
| laiqian88@yeah.net |
| woaini7687@126.com |
| yixingqi47@163.com |
| zongmenling@126.com |

and any other related accounts of the same customer(s), and/or all PayPal accounts linked to, associated with, or that transmit funds into Defendants' identified bank accounts, including but not limited to the following:

| Bank Name | Account Name | Bank Account Number |
|---|---|---|
| China Merchants Bank | Yong Jiang | ************8821 |
| Bank of China | Yabin Zhuang | ***************7685 |
| Agricultural Bank of China | Yuan Chen | *************3613 |
| Bank of China | LinShunfang | ***************5407 |
| Bank of China | XinHua Tang | ***************1534 |
| Agricultural Bank of China | Jian Bin Wang | ***************7118 |
| Bank of China | yuyongjun | ***************0675 |
| Bank of China | Xuefeng Wang | **** **** **** ***3 599 |
| China Merchants Bank | Liu TianLiang | **** **** **** 2558 |
| Bank of China | Dan Wang | *******-****-***262-7 |
| Agricultural Bank of China | Cai Jin Chuan | **** **** **** ***1 215 |
| China Merchants Bank | Cai Jin Chuan | **** **** **** 9189 |
| Industrial & Commercial Bank of China | Zhang Chunrong | ***************5860 |
| China Construction Bank | Lu Jiang Bo'L Share Ltd | ***************1934 |
| Bank of China | Rongjiao Zhang | **** **** **** ***0 657 |
| Bank of China | Jinchun Huang | **** **** **** ***9 962 |
| Bank of China | Zhi Sheng Cai | ***************1824 |
| Bank of China | Lin Dexiong | **** **** **** ***0 668 |
| Industrial and Commercial Bank Of China | Liu Cuiping | ****** ***** ****5 255 |
| Bank of China | Yang Dong Sheng | ****-****-****-***3-598 |
| Bank of China | Bin lin | ********4941 |
| Bank of China | Zhengshang Zhao | ***** ***** ***** 0986 |
| Bank of China | Yanzhen Shen | **** **** **** ***9 526 |
| Bank of China | Li Lin | ***************3047 |
| Industrial & Commercial Bank of China | Zhang JunKun | **** **** **** ***2 126 |
| China Merchants Bank | Yan Ya Ping | **** **** **** 8567 |
| Bank of China | Shen Meiyun | **** **** **** ***1 743 |
| Bank of China | Dan Wang | ***************8113 |

| | | |
|---|---|---|
| Bank of China | Suhe Zhuang | **** **** **** ***5 861;<br>****** **** **** ***5 861 |
| Bank of China | Yimin Xu | **** **** **** ***3 051 |
| Bank of China | JianXiong Lin | ********9538 |
| China Merchants Bank | Jiang Yongfei | **** **** **** 7212 |
| Bank of China | Liu Li | **** **** **** ***0 645 |
| Bank of China | Geng Zeng | **** **** **** ***3 310 |
| China Construction Bank | Ya Nan Ju | **** **** **** ***0 075 |
| Bank of China | Nengjin Jiang | **** **** **** ***7 350 |
| Bank of China | zouhaitang | ***************9596 |
| Bank of China | Liu Xiaoming | ***************3188 |

and any other related accounts of the same customers as well as any other accounts which transfer funds into the same financial institution account(s) as any of the other PayPal accounts subject to this Order;

(12)    PayPal shall further, to the extent not already done, within five business days of receiving this Order, provide Plaintiff's counsel with all data which details (i) an accounting of the total funds frozen and identifies the PayPal account(s) which the frozen funds are related to, and (ii) ) the account transactions related to all funds transmitted into the PayPal account(s) which have been restrained.   Such freezing of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until further order of this Court.   PayPal shall receive and maintain this Order and its contents as confidential until further order of this Court. No funds restrained by this Order shall be transferred or surrendered by PayPal for any purpose (other than pursuant to a chargeback made pursuant to PayPal's security interest in the funds) without the express authorization of this Court;

(13)    This Preliminary Injunction shall apply to the Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants

for the purpose of counterfeiting Plaintiff's Marks at issue in this action and/or unfairly competing with Plaintiff on the World Wide Web;

(14)    Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(15)    This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of July 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES
## AND AUCTION STORES

| Defendant Number | Defendant/Subject Domain Name and Auction Stores |
|---|---|
| 1 | aaa909.com |
| 2 | fine909.com |
| 3 | sale925.com |
| 4 | 365tradesmart.com |
| 5 | 925crystalring.com |
| 6 | aidejewelry.com |
| 7 | axues.co |
| 7 | axues.org |
| 7 | axuesok.com |
| 8 | cheapbulks.com |
| 9 | cheap-jordans-china.net |
| 10 | cheapstiffanyandco.org |
| 10 | outletsaletiffanyandco.co.uk |
| 10 | outlettiffanyandcohere.org |
| 10 | tiffanyandcooutlet4u.org |
| 10 | tiffanyjewelryoutlet.org |
| 10 | tiffanyoutlet4sale.com |
| 10 | tiffanyoutletsaleus.com |
| 11 | cheaptiffanyclub.co.uk |
| 12 | hottiffany4u.com |
| 13 | cheaptiffanyjewellerysales.co.uk |
| 13 | jewelrytiffanycouk.com |
| 13 | tiffanyandcosales.co.uk |
| 14 | cheaptiffanyjewelry.org |
| 14 | cheaptiffanyrings.org |
| 15 | etsjewelry.com |
| 16 | tiffanysreplica.com |
| 17 | fashionsmell.com |
| 18 | giftjewelries.net |
| 19 | copytiffanyco.com |
| 19 | goodstiffanyoutlet.com |
| 19 | onsalestiffany.com |
| 19 | selltiffanyoutlet.com |
| 19 | tiffanycheapstore.com |
| 19 | tiffanyoutletpro.com |
| 20 | groupbuyinguk.com |
| 21 | hotbrands4u.net |
| 22 | ilove925silver.com |
| 23 | infashion2012.net |

| 24 | isjewelry365.com |
|---|---|
| 25 | jewellerysalewholesale.com |
| 26 | tiffanyclassicsale.com |
| 27 | karenmileoutletstore.com |
| 27 | karenmilleoutletstoreus.com |
| 27 | tiffanyonlineoutlet.us |
| 28 | knockoff-tiffany.info |
| 29 | landtmall.com |
| 30 | lovejewelryshop.com |
| 31 | lux-closet.com |
| 32 | morebulk.com |
| 33 | newangelshop.net |
| 34 | tiffanybizuteriasklep.com |
| 34 | tiffanyjewelrysupply.com |
| 35 | perfectlife2012.com |
| 36 | ppfactoryoutlet.com |
| 36 | ppfcoutlet.com |
| 37 | readyforjerseys.com |
| 38 | replica-relojes-shop.com |
| 39 | tiffanyandcooutletsales.com |
| 40 | tiffanybox.net |
| 40 | tiffanycoshop.net |
| 41 | tiffanyc.com |
| 42 | tiffanycheaponline.net |
| 43 | tiffanycojewelrysaleonline.info |
| 43 | tiffanycojewelrysaleonline.org |
| 44 | tiffanyco-store.com |
| 45 | tiffanyjewelryoutlets2013.com |
| 46 | tiffanyjewelryoutletsale.org |
| 46 | tiffanyukcosale.co.uk |
| 46 | tiffanyuksale.biz |
| 46 | tiffanyuksaleoutlet.org.uk |
| 47 | tiffanyjewelry-outletstore.com |
| 48 | tiffanyor.com |
| 49 | tiffanyoutletsjewelry.org |
| 50 | tiffanyoutletvip2013.com |
| 51 | tiffanyoutletwholesale.com |
| 52 | tiffanys2013.com |
| 53 | tiffanysandoutlets.org |
| 54 | tiffanysolde.com |
| 54 | wholesaletiffany.net |
| 55 | toptrade925.com |
| 56 | uktiffanyjewellery.com |
| 57 | zsjrz.com |
| 58 | jewelry2013.org |

| | |
|---|---|
| 59 | Fengkuangjiedan |
| 60 | roadseeker001 |
| 60 | wonderdb |
| 61 | foudouing |
| 62 | fortune588 |
| 63 | hainandaxue168 |
| 63 | miping01 |
| 63 | shewei01 |
| 63 | yongyuanbusi888 |
| 64 | 51168168 |

**SCHEDULE "B"**
**DEFENDANT PARTNERSHIPS OR UNINCORPORATED ASSOCIATIONS**
**BY SUBJECT DOMAIN NAMES AND AUCTION STORES AND**
**ASSOCIATED E-MAIL ADDRESSES**

| Defendant Number | Defendant /Subject Domain Name And Auction Stores | E-Mail Addresses |
|---|---|---|
| 1 | aaa909.com | aaa518000@gmail.com |
| 2 | fine909.com | happyjewelry2011@gmail.com |
| 3 | sale925.com | sale925@hotmail.com<br>sale925@hotmail.co.uk |
| 4 | 365tradesmart.com | |
| 5 | 925crystalring.com | tiffanyknockoffs@hotmail.com<br>liuqiang521@163.com |
| 6 | aidejewelry.com | aidejewelry@hotmail.com<br>aidejewelry@gmail.com<br>sales@aidejewelry.com |
| 7 | axues.co | zhangqingok@yahoo.com.cn |
| 7 | axues.org | zhangqingok@yahoo.com.cn<br>honiclin@yahoo.com.cn<br>axues@axues.org |
| 7 | axuesok.com | |
| 8 | cheapbulks.com | 413107896@qq.com |
| 9 | cheap-jordans-china.net | sale@cnnwholesale.com<br>cheapjordansshoes@163.com |
| 10 | cheapstiffanyandco.org | ciaclimsubswon1983@hotmail.com |
| 10 | outletsaletiffanyandco.co.uk | |
| 10 | outlettiffanyandcohere.com | inintarpau1986@hotmail.com |
| 10 | tiffanyandcooutlet4u.org | centglovmodo1977@hotmail.com |
| 10 | tiffanyjewelryoutlet.org | cafecoffeesweets@gmail.com |
| 10 | tiffanyoutlet4sale.com | tiffany2013sales@hotmail.com<br>comcoroobi1974@hotmail.com<br>supports2012@hotmail.com |
| 10 | tiffanyoutletsaleus.com | merakesa1980@hotmail.com |
| 11 | cheaptiffanyclub.co.uk | david01yang@hotmail.com |
| 12 | hottiffany4u.com | witness_8@163.com<br>customersupportgrace@hotmail.com |
| 13 | cheaptiffanyjewellerysales.co.uk | |
| 13 | jewelrytiffanycouk.com | lueckzhou@hotmail.com |
| 13 | tiffanyandcosales.co.uk | |
| 14 | cheaptiffanyrings.org | store.service@hotmail.com<br>cngoogletg@163.com |
| 14 | cheaptiffanyjewelry.org | store.service@hotmail.com<br>cngoogletg123@163.com |

| Defendant Number | Defendant /Subject Domain Name And Auction Stores | E-Mail Addresses |
|---|---|---|
| 15 | etsjewelry.com | minebuty@gmail.com<br>ETSjewellry@gmail.com |
| 16 | tiffanysreplica.com | tiffanysreplica@gmail.com<br>orderwant@hotmail.com |
| 17 | fashionsmell.com | fashionsmell@hotmail.com<br>xuefeng03@tom.com |
| 18 | giftjewelries.net | giftjewelries@gmail.com<br>selltiffanys@gmail.com |
| 19 | copytiffanyco.com | tiffanyoutletshop@gmail.com |
| 19 | goodstiffanyoutlet.com | tiffanyoutletshop@gmail.com<br>yuyongjun80@163.com |
| 19 | onsalestiffany.com | tiffanyoutletshop@gmail.com<br>yuyongjun80@163.com |
| 19 | selltiffanyoutlet.com | tiffanyoutletshop@gmail.com<br>yuyongjun80@163.com |
| 19 | tiffanycheapstore.com | tradeonsilkroad@gmail.com<br>tiffanyoutletshop@gmail.com |
| 19 | tiffanyoutletpro.com | tiffanyoutletshop@gmail.com<br>yuyongjun80@163.com |
| 20 | groupbuyinguk.com | processorder@gmail.com |
| 21 | hotbrands4u.net | sales@hotbrands4u.net<br>service@hotbrands4u.net<br>hotbrands4u@hotmail.com<br>karlcai@hotmail.com |
| 22 | ilove925silver.com | jewelry88998@hotmail.com |
| 23 | infashion2012.net | 727236899@qq.com<br>Onlinecheapfashion@Gmail.com |
| 24 | isjewelry365.com | 596572895@qq.com<br>isjewelry365@gmail.com<br>everspring_wendy@hotmail.com |
| 25 | jewellerysalewholesale.com | tradeterrific@gmail.com |
| 26 | tiffanyclassicsale.com | worldstoreinfo@gmail.com |
| 27 | karenmilenoutletstore.com | karenmillenoutletstoreusa@hotmail.com<br>karenmilenoutletstore@hotmail.com |
| 27 | karenmilenoutletstoreus.com | karenmilenoutletstore@hotmail.com |
| 27 | tiffanyonlineoutlet.us | tiffanyoutletonline@hotmail.com |
| 28 | knockoff-tiffany.info | sales@knockoff-tiffany.com<br>604566711@qq.com |
| 29 | landtmall.com | sale005mall@163.com<br>hollywoodadmin@163.com |
| 30 | lovejewelryshop.com | lovejewelryshopsales@gmail.com |
| 31 | lux-closet.com | service@lux-closet.com |
| 32 | morebulk.com | sales@morebulk.com<br>service@mail.morebulk.com |

| Defendant Number | Defendant /Subject Domain Name And Auction Stores | E-Mail Addresses |
|---|---|---|
| 33 | newangelshop.net | newangelshop@gmail.com chenhao1000@163.com |
| 34 | tiffanybizuteriasklep.com | cooltradelinkyou@gmail.com kjdfirj@163.com |
| 34 | tiffanyjewelrysupply.com | b2cperfecttrade@gmail.com huisbu@163.com |
| 35 | perfectlife2012.com | perfectlife2012@gmail.com toystory314@gmail.com |
| 36 | ppfactoryoutlet.com | support@ppfactoryoutlet.com sales@ppfatoryoutlet.com |
| 36 | ppfcoutlet.com | |
| 37 | readyforjerseys.com | nfljerseysbay@hotmail.com readyforjerseys@gmail.com |
| 38 | replica-relojes-shop.com | watchorders.service@gmail.com disfee@gmail.com |
| 39 | tiffanyandcooutletsales.com | servicesdsb@hotmail.com idaliaj6v51p@hotmail.com |
| 40 | tiffanybox.net | sales@tiffanybox.net cs@tiffanybox.net cuteandwhite@hotmail.com |
| 40 | tiffanycoshop.net | order@tiffanycoshop.net cuteandwhite@hotmail.com |
| 41 | tiffanyc.com | catalog100@gmail.com |
| 42 | tiffanycheaponline.net | youlinkfavourite@gmail.com hhursd@163.com |
| 43 | tiffanycojewelrysaleonline.info | bestsellingonlinemall@yahoo.com |
| 43 | tiffanycojewelrysaleonline.org | |
| 44 | tiffanyco-store.com | tiffanycostore@gmail.com 233333@qq.com |
| 45 | tiffanyjewelryoutlets2013.com | ptshunteng-1@hotmail.com |
| 46 | tiffanyjewelryoutletsale.org | servicecheckorderonline@yahoo.com |
| 46 | tiffanyukcosale.co.uk | |
| 46 | tiffanyuksale.biz | |
| 46 | tiffanyuksaleoutlet.org.uk | |
| 47 | tiffanyjewelry-outletstore.com | |
| 48 | tiffanyor.com | loginjewelry@gmail.com tiffanyor@hotmail.com |
| 49 | tiffanyoutletsjewelry.org | shopping-onlines@hotmail.com |
| 50 | tiffanyoutletvip2013.com | clftradeinc@gmail.com 52318590@qq.com |
| 51 | tiffanyoutletwholesale.com | tiffanyoutletwholesaler@gmail.com 350357499@qq.com |

| Defendant Number | Defendant /Subject Domain Name And Auction Stores | E-Mail Addresses |
|---|---|---|
| 52 | tiffanys2013.com | djtreade@hotmail.com<br>schhuelouboutinoutlets@gmail.com<br>tiffanys2013@hotmail.com |
| 53 | tiffanysandoutlets.org | jewhome2011@hotmail.com<br>767608803@qq.com |
| 54 | tiffanysolde.com | snow.service017@gmail.com<br>huauaue@163.com |
| 54 | wholesaletiffany.net | supplyservice48@gmail.com<br>net336633@126.com |
| 55 | toptrade925.com | trade925@live.com |
| 56 | uktiffanyjewellery.com | sale@discountluxurydealer.com<br>loviegbfn@hotmail.com |
| 57 | zsjrz.com | admin@zsjrz.com |
| 58 | jewelry2013.org | hotjewelry2013sale@hotmail.com<br>76030625@qq.com |
| 59 | Fengkuangjiedan | doudouzhangdala@163.com |
| 60 | roadseeker001 | jxmt1815@163.com |
| 60 | wonderdb | jxmt1815@163.com |
| 61 | foudouing | laiqian88@yeah.net |
| 62 | fortune588 | woaini7687@126.com |
| 63 | hainandaxue168 | yixingqi47@163.com |
| 63 | miping01 | yixingqi47@163.com |
| 63 | shewei01 | yixingqi47@163.com |
| 63 | yongyuanbusi888 | yixingqi47@163.com |
| 64 | 51168168 | zongmenling@126.com |